FILED

2020 OCT -2 PM 12: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:20-cr-305-T-02 AAS
21 U.S.C. § 963

ANDREW TAYLOR

# INFORMATION

The United States Attorney charges:

## COUNT ONE

Beginning on an unknown date and continuing through on or about June 9, 2020, in the Middle District of Florida, the defendant,

ANDREW TAYLOR,

did knowingly and willfully conspire with other persons, both known and unknown, to import and to distribute a controlled substance, which violation involved 3,4-Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance.

All in violation of 21 U.S.C. §§ 963 and 960(b)(3).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

MARIA CHAPA LOPEZ
United States Attorney

By: ______________________
Randall Leonard
Assistant United States Attorney

By: ______________________
For: James Preston
Assistant United States Attorney
Deputy Chief, Violent Crimes & Narcotics